UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Crim. No. 3:03 CR 35 (CFD) |
| | : | |
| | : | |
| HERBERT F. WARRENDER | : | |

**ORDER**

Currently pending is defendant Herbert Warrender's Motion to Vacate or Modify Supervised Release Condition. [Doc. #13] The Government is **ORDERED** to file a response to the defendant's motion within thirty day of the date of this order.

The Clerk is ordered to send a copy of this order, together with a copy of the defendant's motion, to Assistant United States Attorney Dave Vatti at the Office of the United States Attorney in Hartford, Connecticut.

SO ORDERED this   22nd   day of December 2004, at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　　　　　　　　   /s/ CFD
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHRISTOPHER F. DRONEY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**