UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. |
| | : | 3:03 CR 35 (CFD) |
| HERBERT F. WARRENDER | : | January 18, 2005 |

**THE GOVERNMENT'S REPLY
TO DEFENDANT'S MOTION TO VACATE OR MODIFY
<u>SUPERVISED RELEASE CONDITION §5D1.3(d)(5)</u>**

The Government hereby submits this reply to Defendant's Motion to Vacate or Modify Supervised Release Condition §5D1.3(d)(5), which requires that defendant undergo mental health counseling and treatment.  Given defendant's history in which he has been diagnosed at various times with paranoid schizophrenia with depressed features, schizophrenia latent type and antisocial personality disorder and has been in and out of psychiatric hospitals, there is reason to believe that defendant would benefit from a current mental health evaluation and appropriate treatment.  *See* ¶¶ 88-91, *Pre-sentence Investigation Report*, United States District Court, Western District of Missouri, Western Division.  Accordingly, the Government urges the Court not to vacate this condition of supervised release which the Court originally saw fit to impose.  However, assuming the truth of defendant's representations regarding his income and in light of the Court's restitution Order, the Government does not object to modification of the supervised release conditions such that the costs of such treatment are absorbed by the United States Probation Office.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct11957
dave.vatti@usdoj.gov
450 Main Street, Room 328
Hartford, Connecticut  06103
860-947-1101 (phone)
860-240-3291 (fax)


## CERTIFICATION

This is to certify that a true copy of the foregoing has been sent via United States mail, first class, postage pre-paid on the 18th day of January 2005 to the following:

Herbert F. Warrender, No. 08886-014
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759


_____
S. Dave Vatti
Assistant U.S. Attorney