United States District Court
Middle District of Florida
801 North Florida Avenue, Suite 1232

Thomas G. Wilson
United States Magistrate Judge

Tampa, Florida 33602-3800

(813) 301-5588

March 3, 2006

Clerk, U.S. District Court
A-12 Abraham Ribicoff Federal Building
and United States Courthouse
450 Main Street
Hartford, CN 06103-3022

RECEIVED
MAR 06 2006
U.S. DISTRICT COURT
HARTFORD, CONN.

Dear Sir or Madam:

    RE:    United States v. Herbert F. Warrender
             Your Case No. 3:03CR00035(CFD)
             <u>Our Case No. 06-M-1096-TGW</u>

    Enclosed herewith are the original Magistrate Judge proceedings and Docket Sheet Entries. Please be advised that the defendant was returned to Bangor, Maine, to answer charges pending there.

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

Very truly yours,

*Carrie A. Williams*
CARRIE A. WILLIAMS
Secretary/Deputy Clerk

Enclosure

---

THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER:

_____

_____
(Signature)

_____
(Date)