# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. Herbert Warrender                                     Docket No. 3:03CR0035 (CFD)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Herbert Warrender who was sentenced to 37 months imprisonment for a violation of 18 U.S.C. § 1344, Bank Fraud, by the Honorable Fernando J. Gaitan Jr., Senior United States District Judge sitting in the court in Western District of Missouri on July 6, 2000 who fixed the period of supervision at five years which commenced on January 21, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) Pay restitution in the amount of $83,771; 2) Provide financial information at request of Probation Office; 3) Not incur new lines of credit or open lines of credit without the approval of the Probation Office; 4) Consent to periodic unannounced examinations of his computer hardware and software which also includes temporary removal of such equipment; 5) Submit his person, residence, office or vehicle to a search based on suspicion of contraband of evidence of a violation.

On January 17, 2003 a transfer of jurisdiction was accepted and assigned to the Honorable Christopher F. Droney. Mr. Warrender's term of supervised release commenced on January 21, 2003.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No.1: Standard Condition:</u> "The defendant shall notify the Probation Office of any change in residence or employment."

On February 16, 2005 during a home visit the Probation Office learned that Mr. Warrender no longer resided at his reported address in North Windham, Connecticut. The Probation Office was informed that Mr. Warrender has not resided at this address for approximately one month. In prior telephone conversations with Mr. Warrender on January 14, 2005 and January 31, 2005 he provided no information relative to a change of address. Mr. Warrender's current whereabouts is unknown and it is believed that he has absconded from supervision.

<u>Charge No.2: Standard Condition:</u> " The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer."

On February 2, 2005, the Probation Office was contacted by the Hartford State Parole Office in regards to Mr. Warrender's association with parolee and convicted felon, Besty Serrano. The information revealed that on January 30, 2005, Mr. Warrender was observed transporting Ms. Serrano from a detox program prior to her completion date. Ms. Serrano has since absconded from supervision and an arrest warrant has been issued.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue tolling the period of supervision so that Mr. Warrender may be brought before the Court to show cause why his period of supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 16th day of April, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By _____
Steven J. Lambert
Senior United States Probation Officer

Place   Hartford, CT
Date    4/16/07

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 16th day of April, 2007 at Hartford, Connecticut, Senior United States Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge

Charge No. 3: Standard Condition: " Shall not violate any local, state or federal law."

On August 25, 2005 Herbert Warrender and Betsy Banks, a.k.a. Betsy Serrano, were arrested by officers of the Hillsborough County Sheriff's Department in Tampa, Florida after a motor vehicle stop revealed a small quantity of drugs and drug paraphernalia located in their vehicle. Mr. Warrender was charged with Possession of Heroin and Possession of Drug Paraphernalia. On February 27, 2006, Mr. Warrender appeared in Hillsborough County Court on the aforementioned charges and was sentenced to two years' probation. On June 8, 2005, a warrant was issued for Mr. Warrender's arrest for Possession of a Firearm by a Convicted Felon by the United States Attorney's Office located in Bangor, Maine. On August 25, 2005, Mr. Warrender was arrested in Tampa, Florida. On March 6, 2007, Mr. Warrender was sentenced in United States District Court, Bangor, Maine to 35 months' imprisonment (Unlawful Transportation of Firearms) with a 36 month term of supervised release to follow. Mr. Warrender is presently in federal custody at the Strafford County Jail in Dover, New Hampshire.