UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR35(CFD) |
| HERBERT WARRENDER | : | December 20, 2007 |

MEMORANDUM IN AID OF REVOCATION HEARING

The defendant, Herbert Warrender, respectfully submits this memorandum as an aid to the Court for the revocation hearing scheduled for December 26, 2007.

The defendant intends to admit the charges against him at the hearing with some clarifications. The defendant respectfully points out that there are some inaccuracies in the petition and in the violation report. Those inaccuracies are as follows.

First, Mr. Warrender's conviction in the District of Maine on March 6, 2007 for a firearms offense is not properly before this Court and should not be part of the third charge in this case. This is so because, even though Mr. Warrender was sentenced in Maine during the term of his supervised release that this Court imposed on January 28, 2004, the conduct that formed the basis for the charge in Maine actually took place *before* this Court imposed the current term of supervised release. That is, this Court revoked Mr. Warrender's supervised release and re-imposed a new term of three years of supervised release on January 28, 2004. As the attached indictment and docket sheet from the District of Maine reveal, the conduct which formed the basis for his firearm offense in Maine took place on December 2, 2003. Thus, he could not have violated this term of supervised release before it was imposed.

Second, the violation grade that Mr. Warrender faces is a grade B violation, not a grade A violation as alleged in the violation report. Mr. Warrender's failures to report address change and association with a felon are both grade C violations. His conviction in Florida for possession of heroin constitutes a grade B offense. Thus, the grade A guideline range set forth in the violation report is not appropriate in this case.

- 2 -

Third, the exposure to incarceration that Mr. Warrender faces is incorrectly stated in the violation report. Mr. Warrender was originally sentenced to 37 months' incarceration and 5 years of supervised release in the Western District of Missouri on July 6, 2000 for a B felony, Bank Fraud. The maximum that one can serve in jail for violating the conditions of supervised release resulting from a B felony is three years. 18 U.S.C. § 3583(e)(3). This Court revoked that term of supervised release on January 28, 2004 and sentenced the defendant to 11 months in jail and three years of supervised release. The 11 months he served must be subtracted from the maximum exposure of 36 months. 18 U.S.C. § 3583(h). Thus, Mr. Warrender faces a maximum term of imprisonment in this case of 25 months.

Fourth, for the reasons just stated, the violation report is incorrect in providing that Mr. Warrender's guideline revocation range 33-36 months. It is in fact 21-25 months.

The District Court in Maine recommended Mr. Warrender for the 500 hour Residential Drug and Alcohol Program ("RDAP"). Mr. Warrender is a 44 year old heroin addict who would benefit from drug treatment. Paragraph 80 of his presentence report from the Western District of Missouri may help to explain the derivation of his substance abuse problems. Prior to being placed on supervised release, Mr. Warrender had never had any drug rehabilitation program. The defendant will request at the revocation hearing that the Court include a recommendation for the "RDAP" and that his sentence be made concurrent with the 35 month term he is currently serving from the District of Maine.

Respectfully submitted,

The Defendant,
Herbert Warrender

Thomas G. Dennis
Federal Defender

Dated: December 20, 2007

Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. Ct00023
(860) 493-6260
Email: terence.ward@fd.org

- 3 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing memorandum in aid of revocation hearing has been mailed to Dave Vatti, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, and to Steven Lambert, Senior United States Probation Officer, 450 Main Street, Hartford, CT 06103 on this 20 day of December 2007.

                                                          Terence S. Ward