ATTACHMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2005 JUN -7 P 5: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. **SECRET** |
| | ) | 05-43-B W |
| HERBERT F. WARRENDER | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about December 2, 2003, in the District of Maine, defendant

**HERBERT F. WARRENDER**

having been convicted of a crime that under the laws of the United States was then punishable by imprisonment for a term exceeding one year, specifically bank fraud (United States District Court, Western District of Missouri, Western Division, Case No. 99-00152-01-CR-W-2) and felon in possession of a weapon (United States District Court, District of Connecticut, Case No. H-86-26), knowingly possessed in or affecting commerce a Mossberg Model 500 12 gauge shotgun bearing serial number P831333.

In violation of Title 18, United States Code, Section 922(g)(1).

**SIGNATURE REDACTED**
Original on File

Date: 6/7/2005

_____
(Assistant) United States Attorney

CLOSED, COURTEXHIBITS, SEALEDDOC, VICTIM

# U.S. District Court
# District of Maine (Bangor)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-00043-JAW-1

| | |
|---|---|
| Case title: USA v. WARRENDER | Date Filed: 06/07/2005<br>Date Terminated: 03/07/2007 |

Assigned to: JUDGE JOHN A. WOODCOCK, JR

**Defendant (1)**

HERBERT F WARRENDER
*TERMINATED: 03/07/2007*

represented by DAVID W. BATE
LAW OFFICE OF DAVID W. BATE
15 COLUMBIA STREET
SUITE 301
BANGOR, ME 04401
945-3233
Email: davebate@gwi.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:922G.F FELON IN POSSESSION OF FIREARM 18:922(g)(1)
(1)

**Disposition**

Imprisonment of 35 months; Supervised Release of 3 years; $100 Special Assessment; Defendant remanded to custody of U. S. Marshal.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**
USA        represented by   **F. TODD LOWELL**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
202 HARLOW ST, ROOM 111
BANGOR, ME 04401
207-945-0373
Email: todd.lowell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2005 | 1 | SEALED INDICTMENT as to HERBERT F WARRENDER (1) count 1. (gbc) (Entered: 06/08/2005) |
| 06/08/2005 | 2 | SYNOPSIS as to HERBERT F WARRENDER (gbc, ) (Entered: 06/08/2005) |
| 06/08/2005 | 3 | PRAECIPE FOR WARRANT by USA as to HERBERT F WARRENDER (gbc) (Entered: 06/08/2005) |
| 06/08/2005 | 4 | Arrest Warrant Issued by Gail B. Creath, Deputy-in-Charge: as to HERBERT F WARRENDER. Original delivered to U.S. Marshals Service. (gbc) (Entered: 06/08/2005) |
| 03/01/2006 |  | Arrest of HERBERT F WARRENDER in Middle District of Florida. (gbc) (Entered: 03/06/2006) |
| 03/06/2006 | 5 | Rule 5(c)(3) Documents Received as to HERBERT F WARRENDER (gbc) (Entered: 03/06/2006) |
| 03/06/2006 |  | INDICTMENT UNSEALED as to HERBERT F WARRENDER (gbc) (Entered: 03/06/2006) |
| 03/28/2006 | 6 | NOTICE OF HEARING as to HERBERT F WARRENDER Arraignment set for 3/30/2006 at 2:00 PM in the Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (gbc) (Entered: 03/28/2006) |
| 03/29/2006 | 7 | CJA 20 as to HERBERT F WARRENDER: Appointment of Attorney DAVID W. BATE for HERBERT F WARRENDER.; Original form to defense counsel . Signed by Judge MARGARET J. KRAVCHUK on 3/29/06. (bld, ) (Entered: 03/29/2006) |
| 03/29/2006 | 8 | NOTICE OF HEARING as to HERBERT F WARRENDER Arraignment set for 3/31/2006 08:15 AM in Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (bld, ) (Entered: 03/29/2006) |
| 03/30/2006 | 9 | MOTION for Detention by USA as to HERBERT F |

| | | |
|---|---|---|
| | | WARRENDER.Responses due by 4/20/2006. (LOWELL, F.) (Entered: 03/30/2006) |
| 03/31/2006 | 10 | Minute Entry for proceedings held before Judge MARGARET J. KRAVCHUK :Arraignment held as to HERBERT F WARRENDER Count 1, Attorney Appointment Hearing held as to HERBERT F WARRENDER; David Bate appointed; Detention Hearing Waived as to HERBERT F WARRENDER, Plea entered: Not Guilty on count 1.; Plea Accepted (Court Reporter FTR) (bld, ) (Entered: 03/31/2006) |
| 03/31/2006 | 12 | ORDER IN RESPECT TO DISCOVERY as to HERBERT F WARRENDER Motions due by 4/14/2006. Ready for Trial on 5/2/2006. By Judge MARGARET J. KRAVCHUK. (bld, ) (Entered: 03/31/2006) |
| 03/31/2006 | 13 | ORDER OF DETENTION PENDING TRIAL as to HERBERT F WARRENDER By Judge MARGARET J. KRAVCHUK. (bld, ) (Entered: 03/31/2006) |
| 03/31/2006 | 14 | TRIAL LIST as to HERBERT F WARRENDER Jury Selection set for 5/2/2006 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On the Trial List for 5/2/2006. Trial Briefs due by 4/25/2006. (gbc) (Entered: 03/31/2006) |
| 04/05/2006 | 15 | AMENDED TRIAL LIST as to HERBERT F WARRENDER Jury Selection reset for 5/3/2006 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On the Trial List for 5/3/2006. Trial Briefs due by 4/25/2006. (gbc) (Entered: 04/05/2006) |
| 04/10/2006 | 16 | MOTION to Suppress by HERBERT F WARRENDER WITH INCORPORATED MEMO.Responses due by 5/1/2006. (BATE, DAVID) (Entered: 04/10/2006) |
| 04/14/2006 | 17 | FILED IN ERROR AND REFILED AS MOTION NO. 18 MOTION to Amend 16 MOTION to Suppress filed by HERBERT F WARRENDER, by HERBERT F WARRENDER.Responses due by 5/5/2006. (BATE, DAVID) Modified on 4/17/2006 (gbc, ). (Entered: 04/14/2006) |
| 04/17/2006 | 18 | Amended MOTION to Suppress by HERBERT F WARRENDER WITH INCORPORATED MEMO.Responses due by 5/8/2006. (BATE, DAVID) (Entered: 04/17/2006) |
| 04/17/2006 | | NOTICE of Docket Entry Modification as to HERBERT F WARRENDER regarding 17 MOTION to Amend 16 MOTION to Suppress filed by HERBERT F WARRENDER,: Filed in Error and Refiled as Amended Motion No. 18 (gbc) (Entered: 04/17/2006) |
| 05/05/2006 | 19 | RESPONSE to 18 Amended MOTION to Suppress by USA as to HERBERT F WARRENDER Reply due by 5/16/2006. (LOWELL, F.) (Entered: 05/05/2006) |
| 05/18/2006 | 20 | NOTICE OF HEARING as to HERBERT F WARRENDER Telephone Conference re: Motion to Suppress set for 5/23/2006 at 2:00 PM before JUDGE JOHN A. WOODCOCK JR. Attorney Bate will initiate the call to Chambers. (MFS) (Entered: 05/18/2006) |

| | | |
|---|---|---|
| 05/23/2006 | 21 | NOTICE OF Cancellation of Telephonic HEARING set for 5/23/06 at 2:00 p.m. as to HERBERT F WARRENDER.(jgw, ) (Entered: 05/23/2006) |
| 05/30/2006 | 22 | Minute Entry for proceedings held before Judge MARGARET J. KRAVCHUK :Telephone Conference held as to HERBERT F WARRENDER. Report to follow. (CWP, ) (Entered: 05/30/2006) |
| 05/30/2006 | 23 | REPORT OF TELEPHONE CONFERENCE AND ORDER re 18 Motion to Suppress By Judge MARGARET J. KRAVCHUK. (bld, ) (Entered: 05/31/2006) |
| 06/02/2006 | 24 | Pro Se MOTION for *appointment of new counsel* by HERBERT F WARRENDER. (gbc, ) (Entered: 06/02/2006) |
| 06/02/2006 | 25 | NOTICE OF HEARING ON MOTION Re: 24 Pro Se MOTION for *appointment of new counsel*: as to HERBERT F WARRENDER Motion Hearing set for 6/6/2006 02:00 PM in Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (bld, ) (Entered: 06/02/2006) |
| 06/03/2006 | 26 | MOTION to Extend Time 6/9/06 by HERBERT F WARRENDER.Responses due by 6/26/2006. (BATE, DAVID) (Entered: 06/03/2006) |
| 06/05/2006 | 27 | REPORT AND RECOMMENDED DECISION as to HERBERT F WARRENDER re 18 Amended MOTION to Suppress; Recommends that the amended motion to suppress be DENIED. Objections to R&R due by 6/22/2006 By Judge MARGARET J. KRAVCHUK. (gbc) (Entered: 06/05/2006) |
| 06/06/2006 | 28 | ORDER withdrawing 24 Motion pro se motion for new counsel as to HERBERT F WARRENDER (1); reserving ruling 26 Motion to Extend Time as to HERBERT F WARRENDER (1). Defendant withdraws his pro se motion for new counsel. Defense counsel has until June 9, 2006, to file a motion for leave to file a supplemental motion to suppress with a copy of the proposed motion to suppress attached to the motion, setting forth the substantive and factual grounds for the motion to suppress. The Government can then respond to the merits of the proposed motion before I issue a final ruling on this motion and determine whether an evidentiary hearing will be required. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 06/06/2006) |
| 06/06/2006 | 29 | Minute Entry for proceedings held before Judge MARGARET J. KRAVCHUK :Motion Hearing held as to HERBERT F WARRENDER re 24 Pro Se MOTION for *appointment of new counsel; withdrawn by defendant;* filed by HERBERT F WARRENDER (Court Reporter FTR) (bld, ) (Entered: 06/06/2006) |
| 06/06/2006 | | Set Deadlines as to HERBERT F WARRENDER : Specific Document Deadline (1) due by 6/9/2006 (defendant's motion for leave to file supplemental motion to suppress). (gbc) (Entered: 06/06/2006) |

| 06/09/2006 | 30 | Unopposed MOTION to Extend Time 6/16/06 *to file Defendant?s Motion to Extend Time to File Motion for Leave to File Supplemental Motion to Suppress* by HERBERT F WARRENDER.Responses due by 6/30/2006. (BATE, DAVID) (Entered: 06/09/2006) |
|---|---|---|
| 06/12/2006 | 31 | ORDER granting without objection 30 Motion to Extend Time as to HERBERT F WARRENDER (1)to June 16, 2006. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 06/12/2006) |
| 06/12/2006 |  | Reset Deadlines as to HERBERT F WARRENDER : Specific Document Deadline (1) due by 6/16/2006 for defendant's motion for leave to file supplemental motion. (gbc) (Entered: 06/12/2006) |
| 06/15/2006 | 32 | MOTION for *Leave to File Supplemental Motion to Suppress* by HERBERT F WARRENDER.Responses due by 7/6/2006. (Attachments: # 1Exhibit 1 - Defendant's Second Amended Motion to Suppress)(BATE, DAVID) Modified on 6/16/2006 to add description of attachment (gbc). (Entered: 06/15/2006) |
| 06/21/2006 | 33 | RESPONSE to 32 MOTION for *Leave to File Supplemental Motion to Suppress* by USA as to HERBERT F WARRENDER Reply due by 7/3/2006. (LOWELL, F.) (Entered: 06/21/2006) |
| 06/21/2006 | 34 | ORDER granting without objection 32 Motion for leave to file late supplemental motion to suppress as to HERBERT F WARRENDER (1). The motion to suppress attached as an exhibit is now accepted for filing. Normal response and reply times will control once the motion is entered on the docket. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 06/21/2006) |
| 06/22/2006 | 35 | Second MOTION to Suppress by HERBERT F WARRENDER.Responses due by 7/13/2006. (BATE, DAVID) (Entered: 06/22/2006) |
| 06/22/2006 | 36 | MOTION for Protection from Trial and hearing until after 7/18/06 by HERBERT F WARRENDER.Responses due by 7/13/2006. (BATE, DAVID) Modified on 6/22/2006 to clean-up docket text (jgw, ). (Entered: 06/22/2006) |
| 06/23/2006 | 37 | ORDER granting 36 Motion for Protection from Trial as to HERBERT F WARRENDER (1). The hearing on the motion to suppress will be set for the first available date after completion of the briefing and after July 18, 2006. Counsel should confer with each other and the clerk's office to establish the actual date for the hearing as soon as possible. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 06/23/2006) |
| 06/23/2006 | 38 | NOTICE OF HEARING ON MOTION Re: 35 Second MOTION to Suppress: as to HERBERT F WARRENDER Motion Hearing set for 8/1/2006 at 9:00 AM in the Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (gbc) (Entered: 06/23/2006) |
|  |  |  |

| 06/26/2006 | 39 | ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE as to HERBERT F WARRENDER for 18 Motion to Suppress filed by HERBERT F WARRENDER, 27 Report and Recommended Decision By Judge JOHN A. WOODCOCK JR. (gbc) (Entered: 06/26/2006) |
| --- | --- | --- |
| 06/27/2006 | 40 | ORDER mooting 26 Motion to Extend Time as to HERBERT F WARRENDER (1). The supplemental motion to suppress has already been accepted for filing and is scheduled for an evidentiary hearing. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 06/27/2006) |
| 06/28/2006 | 41 | NOTICE OF RESCHEDULED HEARING ON MOTION Re: 35 Second MOTION to Suppress: as to HERBERT F WARRENDER Motion Hearing RESET for 8/28/2006 09:30 AM in Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (bld, ) (Entered: 06/28/2006) |
| 06/28/2006 | 42 | NOTICE OF RESCHEDULED HEARING ON MOTION Re: 35 Second MOTION to Suppress: as to HERBERT F WARRENDER Motion Hearing RESET for 8/29/2006 09:30 AM in Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (bld, ) (Entered: 06/28/2006) |
| 06/29/2006 | 46 | RESPONSE to 35 Second MOTION to Suppress by USA as to HERBERT F WARRENDER Reply due by 7/10/2006. (LOWELL, F.) (Entered: 06/29/2006) |
| 07/07/2006 | 47 | Pro Se MOTION for *order of transfer to return to court's jurisdiction* by HERBERT F WARRENDER. Responses due by 7/28/2006. (gbc, ) (Entered: 07/07/2006) |
| 07/28/2006 | 49 | RESPONSE to 47 Pro Se MOTION for *order of transfer to return to court's jurisdiction* by USA as to HERBERT F WARRENDER Reply due by 8/8/2006. (LOWELL, F.) (Entered: 07/28/2006) |
| 08/02/2006 | 50 | Pro Se MOTION for *Summary Judgment* by HERBERT F WARRENDER. Responses due by 8/23/2006. (gbc, ) (Entered: 08/02/2006) |
| 08/10/2006 | 51 | REPLY TO RESPONSE to 47 Pro Se MOTION for *order of transfer to return to court's jurisdiction* by HERBERT F WARRENDER (gbc, ) (Entered: 08/11/2006) |
| 08/21/2006 | 52 | RESPONSE to 50 Pro Se MOTION for *Summary Judgment* by USA as to HERBERT F WARRENDER Reply due by 9/1/2006. (LOWELL, F.) (Entered: 08/21/2006) |
| 08/25/2006 | 53 | Unopposed MOTION for *Request to Leave Record Open Following First Day of Hearing on Defendant's Second Motion to Suppress* by USA as to HERBERT F WARRENDER. Responses due by 9/15/2006. (LOWELL, F.) (Entered: 08/25/2006) |
| 08/25/2006 | 54 | ORDER granting without objection 53 Motion leave open the hearing as |

|  |  | to HERBERT F WARRENDER (1). The clerk is to reschedule the additional hearing date no later than September 10, 2006 in order to allow sufficient time for me to complete my recommended decision prior to September 18, 2006, because I will then be out of the country for three weeks. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 08/25/2006) |
|---|---|---|
| 08/25/2006 | 55 | NOTICE OF ADDITIONAL HEARING ON MOTION Re: 35 Second MOTION to Suppress: as to HERBERT F WARRENDER Additional Motion Hearing set for 9/7/2006 at 9:00 AM in the Magistrate Courtroom, Bangor before MAG. JUDGE MARGARET J. KRAVCHUK. (gbc) (Entered: 08/25/2006) |
| 08/29/2006 | 56 | ORDER withdrawing 35 Motion to Suppress as to HERBERT F WARRENDER (1). The motion is withdrawn in open court, on the record. I am satisfied that defendant understood his rights in connection with this motion and his right to an evidentiary hearing. He has voluntary withdrawn the motion. The defendant was informed that as a consequence of the withdrawal of the motion, the evidence, i.e. the firearm and his statements, would be admissible at trial. By Judge MARGARET J. KRAVCHUK. (KRAVCHUK, MARGARET) (Entered: 08/29/2006) |
| 08/29/2006 | 57 | Minute Entry for proceedings held before Judge MARGARET J. KRAVCHUK :Motion Hearing waived; re 35 Second MOTION to Suppress filed by HERBERT F WARRENDER; motion orally withdrawn; continued hearing on motion to suppress previously set for 9/7/06 cancelled; matter to be placed on September trial list (Court Reporter FTR) (bld, ) (Entered: 08/29/2006) |
| 08/29/2006 | 58 | TRIAL LIST as to HERBERT F WARRENDER Jury Selection set for 9/12/2006 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On the Trial List for 9/12/2006. Trial Briefs due by 9/5/2006. (gbc) (Entered: 08/29/2006) |
| 08/30/2006 | 59 | NOTICE OF HEARING as to HERBERT F WARRENDER Change of Plea Hearing set for 9/11/2006 at 4:00 PM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judges refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. (gbc, ) (Entered: 08/30/2006) |
| 09/08/2006 | 60 | ORDER denying 47 Pro Se Motion for Order of Transfer as to HERBERT F WARRENDER (1); denying 50 Pro Se Motion for Summary Judgment as to HERBERT F WARRENDER (1). By Judge JOHN A. WOODCOCK JR. (MFS) (Entered: 09/08/2006) |
|  |  |  |

| 09/11/2006 | 61 | PROSECUTION VERSION as to HERBERT F WARRENDER (LOWELL, F.) (Entered: 09/11/2006) |
|---|---|---|
| 09/11/2006 | 62 | PROSECUTION VERSION *(Amended)* as to HERBERT F WARRENDER (LOWELL, F.) (Entered: 09/11/2006) |
| 09/11/2006 | 63 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Change of Plea Hearing held on Count 1 as to HERBERT F WARRENDER, Guilty Plea entered ; Plea accepted. Defendant detained.Presentence Conference/Sentencing to be scheduled after 11/27/2006. (Court Reporter Julie Edgecomb) (err, ) (Entered: 09/11/2006) |
| 09/11/2006 | 64 | COURT EXHIBIT LIST from Change of Plea held on 9/11/2006 as to defendant(s) HERBERT F WARRENDER (err, ) (Entered: 09/11/2006) |
| 10/25/2006 | 65 | Unopposed MOTION to Extend Time 11/13/06 *for Presentence Investigation Report* by HERBERT F WARRENDER.Responses due by 11/15/2006. (BATE, DAVID) (Entered: 10/25/2006) |
| 10/26/2006 | 66 | ORDER granting without objection 65 Motion to Extend Time as to HERBERT F WARRENDER (1) By Judge JOHN A. WOODCOCK JR. (gbc) (Entered: 10/26/2006) |
| 10/26/2006 |  | Reset Deadlines as to HERBERT F WARRENDER : Presentence Conference/Sentencing to be scheduled after 12/15/2006. (gbc) (Entered: 10/26/2006) |
| 12/11/2006 | 67 | NOTICE OF HEARING as to HERBERT F WARRENDER Presentence Conference set for 1/5/2007 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR.(gbc) (Entered: 12/11/2006) |
| 01/05/2007 | 68 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Presentence Conference held as to HERBERT F WARRENDER Defendant's Brief Deadline (1) due by 2/14/2007. Government's Responsive Brief Deadline (2) due by 2/26/2007. (Court Reporter FTR) (gbc) (Entered: 01/05/2007) |
| 01/05/2007 | 69 | NOTICE OF HEARING as to HERBERT F WARRENDER Sentencing set for 3/5/2007 at 9:00 AM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR.(gbc) (Entered: 01/05/2007) |
| 01/23/2007 | 70 | NOTICE OF RESCHEDULED HEARING as to HERBERT F WARRENDER Sentencing reset for 3/5/2007 at 2:00 PM (previously scheduled for 9 AM) in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR.(gbc) (Entered: 01/23/2007) |
| 01/24/2007 | 71 | NOTICE OF RESCHEDULED HEARING as to HERBERT F WARRENDER Sentencing reset for 3/6/2007 at 2:00 PM in the Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (gbc) (Entered: 01/24/2007) |
| 02/13/2007 | 72 | Unopposed MOTION to Extend Time 2/16/07 *for Defendant's Sentencing Memorandum* by HERBERT F WARRENDER.Responses |

| | | |
|---|---|---|
| | | due by 3/6/2007. (BATE, DAVID) (Entered: 02/13/2007) |
| 02/13/2007 | 73 | ORDER granting without objection 72 Motion to Extend Time as to HERBERT F WARRENDER (1) By Gail Baxter Creath, Deputy-in-Charge. (gbc) (Entered: 02/13/2007) |
| 02/13/2007 | | Reset Deadlines as to HERBERT F WARRENDER : Defendant's sentencing memo (1) due by 2/16/2007. (gbc) (Entered: 02/13/2007) |
| 02/16/2007 | 74 | SENTENCING MEMORANDUM by HERBERT F WARRENDER (BATE, DAVID) (Entered: 02/16/2007) |
| 02/22/2007 | 75 | *Government's Response to Defendant's* SENTENCING MEMORANDUM by USA as to HERBERT F WARRENDER (LOWELL, F.) (Entered: 02/22/2007) |
| 03/06/2007 | 76 | Minute Entry for proceedings held before Judge JOHN A. WOODCOCK JR.:Sentencing held on 3/6/2007 as to HERBERT F WARRENDER. (Court Reporter Julie Edgecomb) (err, ) (Entered: 03/06/2007) |
| 03/07/2007 | 77 | JUDGMENT as to HERBERT F WARRENDER (1), Count 1, Imprisonment of 35 months; Supervised Release of 3 years; $100 Special Assessment; Defendant remanded to custody of U. S. Marshal. By Judge JOHN A. WOODCOCK JR. (gbc) (Entered: 03/07/2007) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 12/20/2007 12:36:07 | |
| PACER Login: | fp0048 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cr-00043-JAW |
| Billable Pages: | 5 | Cost: | 0.40 |