

LO FORM 245D

# UNITED STATES DISTRICT COURT

District of    **CONNECTICUT**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Herbert Warrender | Case Number: 3:03CR0035(CFD) |
| | USM Number: 08886-014 |
| | Terry Ward |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  No.1 and No.3  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No.1 | Shall notify the Probation Office of any change in residence. | 2/16/05 |
| No.3 | Shall not violate any local, state or federal law. | 8/25/05 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated condition(s)  No.2  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 1002

Defendant's Date of Birth: 1963

Defendant's Residence Address:

Defendant's Mailing Address:
unknown

December 26, 2007
Date of Imposition of Judgment

Signature of Judge

Christopher F. Droney, U.S. District Judge
Name and Title of Judge

1/29/08
Date

DEFENDANT: Herbert Warrender
CASE NUMBER: 3:03CR35(CFD)

Judgment — Page  2   of  2 

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 23 months consecutive to the federal sentence he is currently serving. Additionally, the Court orders that the previously imposed restitution remain in effect. No supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

 ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

 ☐ before 2 p.m. on _____ .

 ☐ as notified by the United States Marshal.

 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL