3:03 CR 35 (CFD)

RECEIVED
SEP 2007
U.S. DISTRICT COURT
HARTFORD, CONN.

[illegible] #C 88[illegible]
MacDougall [illegible]
1153 East St. So.
Suffield Conn 06080
Sept. 6, 2007

Clerk's Office
U.S. District Court
450 Main St.
Hartford, [illegible]

3:03 mj 44 (DFM)

Re: Sup. Vio. W[illegible]

FILED
2008 APR 18 A 9:16
U.S. DISTRICT COURT
HARTFORD, CT.

Dear Clerk

On or about the last [illegible] my [illegible] (communication [illegible]) my appearance before this Court [illegible] been on-going [illegible] March [illegible] 2006, [illegible] violation of [illegible] [illegible] [illegible]

I have been seeking [illegible] I can be [illegible] Pre[illegible] [illegible]

[illegible] was enroute [illegible] for the [illegible] [illegible] a hol[illegible] [illegible] accordance to [illegible] paper[illegible] [illegible] U.S. [illegible] [illegible] Ure [illegible]

[illegible] Tention, [illegible]

and somehow, I have [illegible] is Connected [illegible] and have not been pre[illegible] h[illegible] the [illegible] U.S. Marshal [illegible]

I do have [illegible] my medical issues that have been [illegible] by U.S. Probat[illegible] P.O. [illegible] has [illegible] cancer [illegible] that [illegible] by F.M.C.'s and various hospital designated [illegible] do further have [illegible] D.[illegible] medical [illegible] Detention Center cannot maintain the [illegible] be sent to F.M.C. Devens for my safety and health matters.

Within the last year I [illegible] been hospital[illegible] of the U.S. [illegible]

[illegible] I had been [illegible]

numerous times and not one [illegible]

[illegible]

has tried to drown me and no one has had [illegible]

me to [illegible] further mental [illegible]

[illegible] that [illegible]

[illegible]

I [illegible] down and was [illegible]

that [illegible] tried to drown myself

WHEREFORE, I pray [illegible] the Court to bring me before you immediately [illegible] without further delay [illegible] I do fear for my life under [illegible] and return me to a Federally [illegible] facility that I can receive the proper medications and emergency mental health [illegible]

because of my attempted drowning [illegible] severe mental health deterioration [illegible] which I believe was entered on August [illegible] 2007.

I am further concerned [illegible] Court has been notified that I have [illegible]

I [illegible] know that this court [illegible] they can [illegible] provide me with [illegible]

[illegible]

Please help [illegible]

[illegible]

[illegible] true and correct [illegible] under the pena[illegible]

[illegible] MacDouga[illegible]

[illegible]