UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     Criminal No.  3:03 CR 35 (CFD) |
| HERBERT F. WARRENDER | :     May 19, 2008 |

### THE GOVERNMENT'S STATUS REPORT[1]

The United States of America, through the undersigned, hereby submits this status report in connection with the defendant's letter dated September 6, 2007, which for some reason was not docketed until April 18, 2008.[2]  The Government respectfully submits that the issues raised by the letter are moot.  In the letter, Mr. Warrender describes having suffered a seizure on his way to Connecticut.  Indeed, he was on his way to Connecticut for a supervised release violation hearing.  Following the seizure, the hearing was postponed until such time as Mr. Warrender was medically cleared.  In the letter, Mr. Warrender indicates that he wished to have his hearing before the Court without further delay and that he wished ultimately to be transferred to a federal facility.  That hearing was held by this Court on December 27, 2007, following which the Court imposed a sentence of 23 months imprisonment to run consecutive to a federal sentence that Mr. Warrender was already serving.  At this time, Mr. Warrender is an inmate at FCI-Cumberland in Maryland, which is a federal medium security facility with an adjacent minimum security camp that houses male offenders.  Accordingly, the Government

---

[1] The undersigned apologizes for the late filing of this report, but wishes to inform the Court that he was on trial before Judge Kravitz last week in a case that ended on May 16.

[2] There is a date-stamp on the letter that indicates it was received in the Clerk's Office in September 2007.

believes that the issues raised by Mr. Warrender prior to the December 26, 2007, hearing are moot at this time.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct11957
dave.vatti@usdoj.gov
450 Main Street, Room 328
Hartford, Connecticut 06103
860-947-1101 (phone)
860-240-3291 (fax)

## **CERTIFICATION**

I hereby certify that on May 19, 2008, the foregoing Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
S. Dave Vatti
Assistant U.S. Attorney